

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2015

No. 04-15-00352-CV

**INT OF AMY, ET. AL.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01855
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal, the reporter's record was due to be filed with this court on June 12, 2015. *See* TEX. R. APP. P. 35.1(b). On June 18, 2015, court reporter Judy Mata filed a notification of late record. She indicated she was involved in a TRO hearing that was expected to last until June 19, 2015. She requested a ten day extension of time to file the reporter's record until June 22, 2015.

The request is GRANTED. The reporter's record is due to be filed by June 22, 2015. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court